UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ABNERIS PERALTA,**

    **Plaintiff,**

v.                                        Case No: 5:25-cv-150-Oc-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

### ORDER

This Social Security appeal is currently before the Court for consideration of Plaintiff's motion to proceed in district court without prepaying costs or fees. (Doc. 2).

Plaintiff's motion, however, is deficient because Plaintiff has failed to sign the required affidavit in support of the application. A review of the motion reveals that it is missing a page of the form or is missing the signature, or both. Accordingly, Plaintiff's motion (Doc. 2) is **TAKEN UNDER ADVISEMENT**, and Plaintiff shall have until **April 18, 2025,** to file an amended application including a properly executed affidavit. Failure to comply with this Order may result in this action being dismissed for failure to prosecute pursuant to Local Rule 3.10(a).

**DONE** and **ORDERED** in Ocala, Florida on March 24, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties